# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

**BRIAN MICHAEL JONES**

,

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MAG. 00-1200-M-RJJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 09/14/2000 in Clark county, in the _____ District of Nevada defendant(s), did: (Track Statutory Language of Offense)

willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Tijuana, Mexico, or other areas not currently known, after committing the crimes of Sexual Assault (7 Counts), 1st Degree Kidnap, and Battery with Intent to Commit a Crime. All are felonies under the laws of the State of Nevada, Nevada Revised Statutes (NRS) 200.366, 200.310, and 200.400-2.

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Special Agent (Official Title) and that this complaint is based on the following facts:

On 08/29/2000, the Las Vegas Metropolitan Police Department began an investigation of the Sexual Assault (7 counts), 1st Degree Kidnap, and Battery with Intent to Commit a Crime of one adult female victim in Las Vegas, Nevada. As a result of that investigation, on 09/02/1999, the defendant, Brian Michael Jones, was arrested on a warrant charging Jones with 7 counts of Sexual Assault, 1st Degree Kidnap, and Battery with Intent to Commit a Crime.

After being released on bail, Jones failed to appear for a subsequent court appearance. On 09/14/2000, a Clark County District Court warrant was issued for the defendant, Brian Michael Jones. This warrant is for Sexual Assault 7 Cts., 1st Degree Kidnap, and Battery with Intent to Commit a Crime - No Bail.

On 10/11/2000, Detective Tom Milton, Las Vegas Metropolitan Police Department, advised that the defendant was looking to purchase false identification to obtain a new identity and is currently in Tijuana, Mexico.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

_[signature]_
Signature of Complainant

Sworn to before me and subscribed in my presence,

By_____

SA BRIAN L. FORD
Special Agent, FBI
Las Vegas, Nevada

18 OCT 00                                      at   Las Vegas, Nevada
Date                                                City and State

ROBERT J. JOHNSTON                             _[signature]_ Robert J. Johnston
Name & Title of Judicial Officer               Signature of Judicial Officer
**UNITED STATES MAGISTRATE JUDGE**