# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:00-MJ-1200-M-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| BRIAN MICHAEL JONES, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on October 18, 2000.

DATED this __28th__ day of December, 2007.

STEVEN W. MYHRE
United States Attorney

/s/ Russell E. Marsh
For:   RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this _____ day of _____ 2007.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge